# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 1:25-cv-110-AW-HTC**

**SHERIFF BOB GUALTIERI,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Lorusso filed a § 2241 petition. ECF No. 1. Finding it nonsensical and frivolous, the magistrate judge recommended dismissal. ECF No. 3. Lorusso has not filed any objection to the report and recommendation. Having reviewed the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice as frivolous." The clerk will then close the file.

SO ORDERED on June 10, 2025.

                                        s/ *Allen Winsor*
                                        United States District Judge